**Ernest R. OLSEN, Appellant, v. SPARTA FOUNDRY COMPANY, a Corporation, Appellee.**

No. 7548.

Circuit Court of Appeals, Sixth Circuit.

Oct. 14, 1938.

Maurice A. Barancik and Joseph A. Struett, both of Chicago, Ill., for appellant.

McCobb & Heaney, of Grand Rapids, Mich., for appellee.

Before SIMONS, ALLEN, and HAMILTON, Circuit Judges.

PER CURIAM.

The court perceiving no abuse of discretion in the entry of an order by the District Judge dismissing the bill in the above cause, the order is hereby affirmed.

**W. L. PAYNE, Debtor, v. The UNION MORTGAGE AND INVESTMENT COMPANY.**

No. 1804.

Circuit Court of Appeals, Tenth Circuit.

Dec. 13, 1938.

Williamson, Cubbison & Vaughan, of Kansas City, Kan., for appellant.

McAnany, Alden & Van Cleave, of Kansas City, Kan., for appellee.

Before LEWIS and PHILLIPS, Circuit Judges.

PER CURIAM.

Appeal dismissed at appellant's costs, pursuant to stipulation.

**John C. PICKETT, Trustee In Bankruptcy of the Estate of Theodore F. Barnes, Bankrupt, v. LINCOLN JOINT STOCK LAND BANK.**

No. 1784.

Circuit Court of Appeals, Tenth Circuit.

Oct. 10, 1938.

William Niklaus, of Lincoln, Neb., for appellant.

C. A. Sorensen, of Lincoln, Neb., for appellee.

Before LEWIS and PHILLIPS, Circuit Judges.

PER CURIAM.

Appeal dismissed on motion of appellee, at appellant's costs, for failure to prosecute.

**4**

**W. B. PINE v. UNITED STATES of America et al.**

No. 1781.

Circuit Court of Appeals, Tenth Circuit.

Oct. 10, 1938.

C. B. McCrory, of Okmulgee, Okl., for appellant.

Cleon A. Summers, U. S. Atty., of Muskogee, Okl.

Before LEWIS and PHILLIPS, Circuit Judges.

PER CURIAM.

Appeal dismissed on motion of appellee, United States of America, at appellant's costs, for failure to prosecute.